1
2
3                           UNITED STATES DISTRICT COURT
4                                DISTRICT OF NEVADA
5                                       * * *
6    DIRECTV, INC., etc.,                    )
                                             )
7                           Plaintiff,       )        2:10-cv-0408-HDM-RJJ
                                             )
8    vs.                                     )
                                             )
9    CHARLETTE ARCHER, et al.,               )        ORDER UNSEALING
10                                           )        DOCUMENT AND
                            Defendant.       )        SETTING A HEARING
11   _____        )

12           This matter was referred to the undersigned Magistrate Judge on Plaintiffs' Ex Parte

13   Application For Enlargement of Time to Serve Summons and Complaint and For Leave to Serve

14   By Publication (#9).

15           The Court having reviewed the Ex Parte Application (#9) and good cause appearing

16   therefore,

17           IT IS HEREBY ORDERED that the Clerk shall unseal Plaintiffs' Ex Parte Application

18   For Enlargement of Time to Serve Summons and Complaint and For Leave to Serve By

19   Publication (#9).

20           IT IS FURTHER ORDERED that a hearing by telephone conference call is scheduled for

21   October 18, 2010, at 3:30 PM on Plaintiffs' Ex Parte Application For Enlargement of Time to

22   Serve Summons and Complaint and For Leave to Serve By Publication (#9).

23           IT IS FURTHER ORDERED that only Plaintiff is required to participate in the

24   conference call. Plaintiff is directed to call into the court's meet-me-line at (702)868-4906,

25   conference code 123456.

26           DATED this  6th  day of October, 2010.

27

28                                           _____
                                             ROBERT J. JOHNSTON
                                             United States Magistrate Judge