1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                       **DISTRICT OF NEVADA**

10
11   DIRECTV, INC., a California        )        2:10-cv-00408-HDM-RJJ
     Corporation,                       )
12                                       )
                    Plaintiff,           )
13                                       )        ORDER
     vs.                                 )
14                                       )
     CHARLETTE ARCHER, et al.,           )
15                                       )
                    Defendant.           )
16   _____)

17        Before the court is defendant Charlette Archer's motion for a

18   sixty (60) day extension of time [Docket #33] in which to respond

19   to plaintiff DirecTV's pleadings and motion for summary judgment

20   [Docket #23].  Defendant's motion for a sixty (60) day extension of

21   time [Docket #33] is hereby GRANTED.  Should plaintiff object to

22   the length of this extension of time, plaintiff shall have ten (10)

23   days from the date of this order in which to file an objection.

24        **IT IS SO ORDERED.**

25        DATED: This 28th day of February, 2011.

26
27                              _____
                                UNITED STATES DISTRICT JUDGE
28

1